KRISTINA S. HOLMAN
Nevada Bar No. 3742
703 S. Eighth Street
Las Vegas, NV 89101
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: kholman@kristinaholman.com
Attorney for Plaintiff,
MICHAEL GIBSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GIBSON,<br><br>   Plaintiff,<br><br>vs.<br><br>DESERT BOILERS AND CONTROLS, INC.;<br>ROE CORPORATIONS I through X; and<br>DOES I through X, inclusive,<br><br>   Defendants. | Case No.: 2:14-cv-02207-JAD-CWH<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff MICHAEL GIBSON and Defendant DESERT BOILERS AND CONTROLS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request and order dismissing this action with prejudice as to all parties named herein.

///
///
///
///
///
///
///

1

Each party named herein shall bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order.

Dated this 3rd day of ~~June~~ August, 2015.

HOLMAN LAW OFFICES

By: /s/ Kristina S. Holman
Kristina S. Holman
Nevada Bar No. 3742
703 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Plaintiff,*
*Michael Gibson*

Dated this 15th day of ~~June~~ July, 2015.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: /s/ Georlen K. Spangler
Georlen K. Spangler
Nevada Bar No. 3818
Matthew T. Gomes
Admitted Pro Hac Vice
6385 So. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorney for Defendant,*
*Desert Boilers and Controls, Inc.*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: August 4, 2015.

_____
UNITED STATES DISTRICT JUDGE